In the Matter of the Adoption of MATTHEW D., an Infant. JOHN DOE et al., Appellants; KARA D., Appellant; TERRENCIO E., Respondent. ADOPTION S.T.A.R., INC., Appellant.

Submitted September 11, 2006; decided September 19, 2006

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the two-Justice dissent at the Appellate Division is not on a question of law (CPLR 5601 [a]).

LUIS ROMAN, Appellant, v CITY OF NEW YORK et al., Respondents.

Submitted September 11, 2006; decided September 19, 2006

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no appeal lies as of right from the unanimous order of the Appellate Division absent the direct involvement of a substantial constitutional question (CPLR 5601).

In the Matter of CHRISTOPHER SHAPARD, Appellant, v ANTHONY ZON, as Superintendent of Wende Correctional Facility, et al., Respondents.

Submitted July 17, 2006; decided September 19, 2006

Motion for leave to appeal dismissed upon the ground that the issues presented have become moot. Motion for poor person relief dismissed as academic.